UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EXPRESS SCRIPTS, INC., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )  Case No. 4:24-cv-01549-MTS |
| FEDERAL TRADE COMMISSION, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Rani Habash's Verified Motion for Admission Pro Hac Vice, Doc. [33], is **GRANTED**.

Dated this 25th day of November 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE