# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EXPRESS SCRIPTS, INC., et al., *Plaintiffs*, v. THE FEDERAL TRADE COMMISSION, et al., *Defendants*. | Case No. 4:24-cv-1549-MTS |

## NOTICE OF CHANGE IN POSITION

Defendants respectfully submit this Notice to inform the Court that the Acting Solicitor General has decided that the multiple layers of removal restrictions for administrative law judges in 5 U.S.C. § 7521 do not comport with the separation of powers and Article II and that the Department of Justice will no longer defend them in litigation. Accordingly, the Department of Justice will not continue to defend Section 7521 in this action. *See* Defs.' Mem. in Opp. to Pls.' Mot. for Prelim. Inj. ("Defs.' Mem.") at 14-18, ECF No. 44. Defendants also inform the Court that the Acting Solicitor General has decided that the for-cause removal protections for the Commissioners of the Federal Trade Commission in 15 U.S.C. § 41 likewise do not comport with the separation of powers and Article II and that the Department of Justice will no longer defend them in litigation. Accordingly, the Department of Justice will not continue to defend those protections in this action. *See* Defs.' Mem. at 12-14.

Defendants nonetheless maintain that this Court should deny Plaintiffs' motion for a preliminary injunction. Defendants continue to argue that Plaintiffs' removal claims fail at the threshold because Plaintiffs must show "not only that the removal restriction transgresses the Constitution's separation of powers but also that the unconstitutional provision caused (or would

cause) them harm." *Id.* at 12 (quoting *Bhatti v. FHFA*, 97 F.4th 556, 559 (8th Cir. 2024)).  Plaintiffs cannot do so here.  *Id.* at 11-12.  Defendants also continue to argue that, even if Plaintiffs were to prevail on their removal claims, the proper remedy would be severance of the offending removal provisions, not injunctive relief enjoining an ongoing administrative proceeding.  Accordingly, this Court should not issue preliminary injunctive relief that would not be obtainable upon final resolution of the merits.  *Id.* at 18-19.

Additionally, as Defendants explained at oral argument, this Court should deny Plaintiffs' motion without reaching the merits of any of Plaintiffs' claims because they have failed to satisfy the irreparable harm requirement for preliminary injunctive relief.  *See id.* at 23-25; *Alpine Sec. Corp. v. FINRA*, 121 F.4th 1314, 1333-34 (D.C. Cir. 2024).

Dated: February 15, 2025                                  Respectfully submitted,

                                                                              BRETT A. SHUMATE
                                                                              Acting Assistant Attorney General
                                                                              Civil Division

                                                                              CHRISTOPHER HALL
                                                                              Assistant Director
                                                                              Federal Programs Branch

                                                                              */s/ Alexander W. Resar*
                                                                              Alexander W. Resar (N.Y. Bar No. 5636337)
                                                                              Christian S. Daniel (D.C. Bar No. 1600226)
                                                                              Trial Attorneys
                                                                              United States Department of Justice
                                                                              Civil Division, Federal Programs Branch
                                                                              1100 L Street, N.W.
                                                                              Washington, D.C. 20005
                                                                              Tel: (202) 616-8188
                                                                              Email: alexander.w.resar@usdoj.gov

                                                                              *Counsel for Defendants*