## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

EXPRESS SCRIPTS, INC., et al.,

        *Plaintiffs*,

    v.

THE FEDERAL TRADE COMMISSION, et al.,

        *Defendants*.

Case No. 4:24-cv-1549-MTS

## **ORDER**

Defendants' Unopposed Motion to Stay Defendants' Responsive Pleading Deadline and Accompanying Motion to Dismiss Briefing Schedule, Doc. [67], is **GRANTED**. The deadline for Defendants to serve a responsive pleading is extended until thirty (30) days after the Court of Appeals for the Eighth Circuit issues its decision on Plaintiffs-Appellants' appeal from this Court's denial of a preliminary injunction. If Defendants file a motion to dismiss by that deadline, Plaintiffs shall file their opposition to Defendants' motion to dismiss no later than thirty (30) days after Defendants file their motion to dismiss. Defendants shall file any reply thereto no later than fourteen (14) days after the filing of Plaintiffs' opposition. Any such briefing must contain a table of contents and table of authorities.

Date:   March 14, 2025

                              HON. MATTHEW T. SCHELP
                              UNITED STATES DISTRICT JUDGE