# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1383

Express Scripts, Inc., et al.

Appellants

v.

Federal Trade Commission, et al.

Appellees

------------------------------

Americans for Prosperity Foundation

Amicus on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01549-MTS)

---

**ORDER**

The motion to withdraw as counsel is granted. Joshua Marc Salzman, for FTC, Rebecca Kelly Slaughter, Alvaro Bedoya, Andrew N. Ferguson and D. Michael Chappell, has been granted leave to withdraw from this case.

June 04, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Susan E. Bindler