# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EXPRESS SCRIPTS, INC., et al., *Plaintiffs*, v. THE FEDERAL TRADE COMMISSION, et al., *Defendants*. | Case No. 4:24-cv-1549-MTS |

## MOTION TO WITHDRAW

Undersigned counsel Christian S. Daniel respectfully moves to withdraw his appearance as counsel for Defendants in this matter, in light of his impending departure from the U.S. Department of Justice. Defendants remain represented by other counsel of record.

Dated: July 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Director
Federal Programs Branch

*/s/ Christian S. Daniel*
Christian S. Daniel (D.C. Bar No. 1600226)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-5838
Email: christian.s.daniel@usdoj.gov

*Counsel for Defendants*