# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-1383

_____

Express Scripts, Inc.; EverNorth Health, Inc.; Ascent Health Services LLC; Medco Health Solutions, Inc.; Caremark Rx, L.L.C.; Zinc Health Services, LLC; OptumRx, Inc.; OptumRx Holdings, LLC; Emisar Pharma Services LLC

Plaintiffs - Appellants

v.

Federal Trade Commission; Andrew N. Ferguson, in his official capacity as Commissioner and Chair of the United States Federal Trade Commission; Rebecca Kelly Slaughter, in her official capacity as Commissioner of the United States Federal Trade Commission; Alvaro Bedoya, in His official capacity as Commissioner of the United States Federal Trade Commission; D. Michael Chappell, in his official capacity as Federal Trade Commission Chief Administrative Law Judge

Defendants - Appellees

------------------------------

Americans for Prosperity Foundation

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01549-MTS)

_____

## JUDGMENT

Before COLLOTON, Chief Judge, SHEPHERD, and ERICKSON, Circuit Judges.


The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b)(1).

The Court's mandate shall issue forthwith.

June 30, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler