# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1383

Express Scripts, Inc., et al.

Appellants

v.

Federal Trade Commission, et al.

Appellees

------------------------------

Americans for Prosperity Foundation

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01549-MTS)

_____

## MANDATE

In accordance with the judgment of June 30, 2026, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

June 30, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit